United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Ray'Quan Harding, Plaintiff, <br><br> v. <br><br> Transunion LLC and others, Defendants. | Civil Action No. 23-23775-Civ-Scola |

## Judgment

The Court has dismissed this case as to Defendant Upstart Network, Inc., and entered judgment on the pleadings as to Defendants Transunion LLC, and Experian Information Solutions. (Order, ECF No. 92.) The Court now enters judgment in favor of the Defendants, and against the Plaintiff, as required by Federal Rule of Civil Procedure 58. This case is to remain closed.

**Done and ordered** in Miami, Florida, on November 19, 2024.

_____
Robert N. Scola, Jr.
United States District Judge